FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0646

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0646

MARK KAPPS,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## ORDER

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time up to and including January 3, 2025, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 26 2024